# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-0638-JLS-2 |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE THE INFORMATION AS TO JOSHUA TORRES SANCHEZ** |
| v. | |
| JOSHUA TORRES SANCHEZ (2), | |
| Defendant. | |

Upon the motion of the Government, and for good cause shown, IT IS HEREBY ORDERED THAT:

The United States' Motion to Dismiss without Prejudice the Information as to Joshua Torres Sanchez is GRANTED.

IT IS SO ORDERED.

Dated: March 25, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge